NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HERSHEL ROSEBORO,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D16-5578
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
                                     )
_____)

Opinion filed April 18, 2018.

Appeal from the Circuit Court for Polk
County; Reinaldo Ojeda, Judge.

Howard L. Dimmig, II, Public Defender,
and Nicholas Martino, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


CRENSHAW, BLACK, and SLEET, JJ., Concur.